UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAMONT JONES, Individually, and as Independent Administrator on behalf of the ESTATE OF VONCILE JONES, Deceased,<br><br>   Plaintiff,<br><br>   v.<br><br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER CO., INC., JOHNSON & JOHNSON CUSTOMER LOGISTICS SERVICES, LLC, and WALGREEN CO.,<br><br>   Defendants. | No. 18 CV 2281<br><br>Judge Manish S. Shah |

## ORDER

Plaintiff's motion to remand, [19], is granted. The Clerk is directed to remand this case to the Circuit Court of Cook County forthwith. Defendant Walgreens's motion to dismiss, [9], is transferred to the Circuit Court of Cook County. Terminate civil case.

## STATEMENT

With the exception of plaintiff's wrongful death and survival action claims, the complaint in this action is substantially similar to the complaint in *Leach v. Johnson & Johnson et al.*, No. 18-CV-2095 (N.D. Ill.). Additionally, the briefs the parties submitted on the motion to remand in this case are virtually identical to the briefs the parties submitted on the motion to remand in *Leach*. For the same reasons that the court granted the motion to remand in *Leach*, the court now concludes that plaintiff's allegations are sufficient to support joinder of Walgreens and to defeat diversity jurisdiction. Plaintiff's motion to remand is granted. *See Leach*, No. 18-CV-2095, Docket No. 34 (N.D. Ill. June 26, 2018).

ENTER:

                      /s/ Manish S. Shah
                      Manish S. Shah
                      United States District Judge

Date: July 2, 2018